450 A.2d 226

Moore, Appellant v. Lyster et al.

Argued April 23, 1982. Mary Louise Doherty, for appellant; John L. Digiacomo, for appellees.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Order affirmed.